UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,                          Case No. 21-20747-06

v.                                     Hon. Terrence G. Berg

D-6 Jalin Deandre Gardner,

    Defendant.
_____/

**MOTION TO STRIKE AND
REMOVE DOCKET ENTRY**

THE UNITED STATES OF AMERICA respectfully requests that the court strike Plea Agreement as to Jalin Deandre Gardner, in the above-captioned matter and remove it from the ECF docket because it is an incorrect draft.

WHEREFORE, the Government respectfully requests that the Court strike the above-listed doc name and remove it from the ECF docket.

                                           Respectfully submitted,

                                           Dawn N. Ison
                                           United States Attorney

                                           *s/ David Portelli*
                                           David Portelli
                                           Assistant United States Attorney
                                           211 W. Fort Street, Suite 2001
                                           Detroit, MI 48226
                                           dave.portelli@usdoj.gov
                                           (313) 226-9711

Dated: September 28, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,                                    Case No. 21-20747-06

v.                                                 Hon. Terrence G. Berg

D-6 Jalin Deandre Gardner,

    Defendant.

_____/

**ORDER TO STRIKE AND
REMOVE DOCKET ENTRY**

This matter is before the Court on the government's motion to strike Plea Agreement as to Jalin Deandre Gardner, because it is an incorrect draft. The Court has reviewed the motion and finds that it should be granted.

Accordingly, it is ORDERED that Government's motion to strike Plea Agreement as to Jalin Deandre Gardner (ECF No. 245) is GRANTED.

It is further ORDERED that the Plea Agreement as to Jalin Deandre Gardner (ECF No. 245) is STRICKEN.

                                                          /s/Terrence G. Berg
                                                          Terrence G. Berg
                                                          United States District Judge

Entered:    September 28, 2023